IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DANIELLE SCHWARTZ and HAUNAH VANLANINGHAM, Individually and on behalf of all other similarly-situated current citizens of Illinois, <br><br>    Plaintiffs, <br><br>vs. <br><br>CAMPBELL SOUP CO., <br><br>    Defendant. | Case No. 18-CV-1655-NJR-DGW |

## JUDGMENT IN A CIVIL ACTION

**DECISION BY THE COURT.**

This matter having come before the Court, and the Court having rendered a decision,

**IT IS ORDERED AND ADJUDGED** that pursuant to the Notice of Voluntary Dismissal, dated February 26, 2019 (Doc. 36), and subsequent Order dated March 8, 2019 (Doc. 37), this action was voluntarily **DISMISSED without prejudice** pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

DATED:  March 8, 2019

              MARGARET M. ROBERTIE
              Clerk of Court

              By: s/ Deana Brinkley
                 Deputy Clerk

APPROVED:  _____
      NANCY J. ROSENSTENGEL
      United States District Judge